Philip Cozens, State Bar Number 84051
1001 Sixth Street, Suite 400
Sacramento, CA  95814

Telephone: (916) 443-1504

Attorney for Defendant William Bloomfield

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-04-0441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | TO DECEMBER 16, 2005 OR A DATE |
| v. | ) | THEREAFTER CONVENIENT TO THE COURT |
| | ) | |
| WILLIAM BLOOMFIELD, | ) | Date: November 10, 2005 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: Burrell |
| _____ | ) | |

It is stipulated between the United States Attorney as represented by Carolyn Delaney, Assistant United States Attorney, and Defendant as represented by Philip Cozens, attorney at law, that the sentencing in the above-entitled case be continued from December 2, 2005 at 9:00 a.m.  to December 16, 2005 at 9:00 a.m. in the same Courtroom.  It is further stipulated by said Assistant United States Attorney and Defendant that Defendant need not appear in Court on December 2, 2005, but must appear on December 16, 2005.

It is stipulated by the above-mentioned parties that the final probation report is due to the court and the parties on November 23, 2005, and that the parties' motions to correct the probation report are due to the court from the parties on December 2, 2005.

Dated: November 10, 2005


_____
Carolyn Delaney, Esq.
Assistant United States Attorney

   /s/ Philip Cozens   
Philip Cozens
Attorney for Defendant
William Bloomfield

## ORDER

The Court, having read and considered the "Stipulation to Continue the Sentencing to December 16, 2005 or a Date Thereafter Convenient to the Court" and finding good cause therefore, the Court hereby orders the following:

1) that the sentencing in the above-entitled case be continued from December 2, 2005 at 9:00 a.m. to December 16, 2005 at 9:00 a.m. in the same Courtroom;

2) that Defendant need not appear in Court on December 2, 2005, but must appear on December 16, 2005;

3) that the final probation report is due to the court and the parties on November 23, 2005; and

4) that the parties' motions to correct the probation report are due to the court from the parties on December 2, 2005.

DATED:  November 10, 2005

/s/ Garland E. Burrell, Jr.   
GARLAND E. BURRELL, JR.
United States District Judge