IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-cr-0441-GEB |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE |
| v. ) | |
| ) | |
| WILLIAM BLOOMFIELD, ) | |
| ) | |
| Defendant. ) | |

Defendant's letter filed November 15, 2005 (Docket No. 48), will be among the matters discussed at the sentencing hearing which is scheduled for December 16, 2005, at 9:00 a.m.

DATED: December 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge