McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WILLIAM ALLEN BLOOMFIELD, <br> Defendant. | CR. NO. S-04-441 GEB <br><br> [PROPOSED] ORDER |

**ORDER**

IT IS HEREBY ORDERED THAT Government's Exhibits GS-1 and GS-2, and Defendant's Exhibit A, are to be sealed so that the juvenile referenced in those exhibits is not identified to the public.

Dated: March 10, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1