```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-04-0441 GEB |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| WILLIAM ALLEN BLOOMFIELD, | ) | |
| Defendant. | ) | |

WHEREAS, on November 14, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant William Allen Bloomfield forfeiting to the United States the following property:

    a.   Gateway laptop Model 400SD4; and,

    b.   IBM 30GB Travelstar Hard Drive.

AND WHEREAS, on December 16, 23, and 30, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1

parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States has provided direct written notice to Kim Morin;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of William Allen Bloomfield.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  May 22, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge