McGREGOR SCOTT
United States Attorney
CAROLYN DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

Attorneys for Plaintiff


DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WILLIAM ALLEN BLOOMFIELD,** )<br>)<br>Defendant. )<br>_____ ) | NO. CR S-04-0441 GEB<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, the special conditions of supervised release imposed on February 13, 2006, are hereby modified as follows:

**Special Condition 2:**

As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Special Condition 5:**

The defendant shall have no contact with children under the age of 18 unless approved

1

by the probation officer in advance.  The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.  This shall include that the defendant is not to engage in any occupation, either paid or volunteer, which exposes him directly with children under the age of 18.

**Special Condition 9:**

The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program (which may include risk assessment and computer voice stress analysis (CVSA)) as approved and directed by the probation officer and as recommended by the assigned treatment provider.

Dated:  July 3, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2